Marcus SHUMATE, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97606.

Missouri Court of Appeals,
Eastern District,
Division One.

May 22, 2012.

Lisa M. Stroup, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

## *ORDER*

PER CURIAM.

Movant, Marcus Shumate, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. We affirm the judgment in accordance with Rule 84.16(b).